# IN THE UNITED STATES FEDERAL DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **RONDALE HAMPTON** | ) | CASE NO.: 3:20-cv-00489-TMR |
| | ) | |
| Plaintiff, | ) | JUDGE ROSE |
| | ) | |
| vs. | ) | **INSTRUCTIONS FOR SERVICE** |
| | ) | |
| **ROD BROWN, et al.** | ) | |
| | ) | |
| Defendants | ) | |

To the Clerk of Courts:

Please issue summons and serve the following Defendants via **CERTIFIED MAIL**:

Please serve the following documents:

Complaint and Summons

/s/Michael L. Wright
Michael L. Wright (0067698)
Robert L. Gresham (0082151)
Kesha Q. Brooks (0095424)
Wright & Schulte, LLC
130 W. Second Street, Suite 1600
Dayton, Ohio 45402
Phone (937) 222-7477
Fax (937) 222-7911
mwright@yourohiolegalhelp.com
rgresham@yourohiolegalhelp.com
kbrooks@yourohiolegalhelp.com
*Attorneys for Plaintiff*